**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1147**

_____

JOSEPHINE P. MOURNING,

               Plaintiff - Appellant,

      v.

TARGET CORPORATION,

               Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:07-cv-03212-PJM)

_____

Submitted: June 18, 2009          Decided: June 23, 2009

_____

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished by per curiam opinion.

_____

Josephine P. Mourning, Appellant Pro Se. Steven Jonathan Kelly, MILES & STOCKBRIDGE, P.C., Towson, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this personal injury action, Josephine P. Mourning appeals the district court's order granting summary judgment for Target Corporation and the denial of Mourning's motion for reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mourning v. Target Corp., No. 8:07-cv-03212-PJM (D. Md. Dec. 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2